| | |
|---|---|
| **From:** | Andrew G. Scott |
| **To:** | Benjamin Byler; Ben Brieschke; Lorri Mitchell |
| **Cc:** | Edmund J. O"Meally; Kambon R. Williams |
| **Subject:** | RE: Inmate Deonte Carraway (Register Number 61899-037) |
| **Date:** | Tuesday, April 23, 2019 12:23:25 PM |
| **Attachments:** | image002.png |
| | image003.png |
| | image004.png |
| | imagee3ea62.PNG |
| | imagee20870.PNG |
| | image5ad871.PNG |

Thank you for the prompt response.


**Andrew G. Scott**
Member
Pessin Katz Law, P.A. (PK Law)
901 Dulaney Valley Road | Suite 500 | Towson, MD | 21204
Direct Dial: (410) 339-6744 | Mobile: (443) 824-8952 | Fax: (410) 8325627
**AScott@pklaw.com** | **Attorney Bio** | **About Us**



**From:** Benjamin Byler [mailto:bbyler@bop.gov]
**Sent:** Tuesday, April 23, 2019 12:02 PM
**To:** Ben Brieschke <BBrieschke@bop.gov>; Lorri Mitchell <l1mitchell@bop.gov>; Andrew G. Scott <AScott@pklaw.com>
**Cc:** Edmund J. O'Meally <eomeally@pklaw.com>; Kambon R. Williams <kwilliams@pklaw.com>
**Subject:** RE: Inmate Deonte Carraway (Register Number 61899-037)

I have spoken to this inmate, and he has refused the legal call.

>>> "Andrew G. Scott" <AScott@pklaw.com> 4/23/2019 7:11 AM >>>
Mr. Byler, Mr. Brieschke, and Ms. Mitchell,

I'm sorry to bother you again, but as it turns out Mr. Carraway was recently served (or will soon be served) with Complaints in two other "new" cases: *Jane Doe #12, individually and as parent and next friend of John Doe #9, a minor*, which is pending in the Circuit Court for Prince George's County, Maryland, Case No. CAL 19-03970; and *Jane Doe #13, individually and as parent and next friend of John Doe #10, a minor*, which is pending in the Circuit Court for Prince George's County, Maryland, Case No. CAL 19-03979. I represent the Board of Education of Prince George's County, one of the other several defendants, in these cases. I'd like to speak with Inmate Carraway about whether he will consent to removing the cases to federal court.

Please let me know if Inmate Carraway is willing to speak with me on the telephone about this matter.

Thank you.

**Andrew G. Scott**
Member
Pessin Katz Law, P.A. (PK Law)
901 Dulaney Valley Road | Suite 500 | Towson, MD | 21204
Direct Dial: (410) 339-6744 | Mobile: (443) 824-8952 | Fax: (410) 8325627
AScott@pklaw.com | Attorney Bio | About Us

